ELEANORA FALKOWSKA, Respondent, v. LUDWIG ZEMRAK, Appellant.

*Falkowska* v. *Zemrak*, 131 App. Div. 926, affirmed.
(Argued January 26, 1910; decided February 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 22, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for slander.

*John V. Maloney* for appellant.

*Julius A. Grass* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

CATHERINE D. TURNER, Appellant, v. HELEN E. QUILLIN et al., Defendants, and PHILANDER B. PIERSON, Respondent.

*Turner* v. *Quillin*, 121 App. Div. 920, affirmed.
(Argued January 26, 1910; decided February 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 1, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action for partition.

*Richard Krause* and *David B. Melick* for appellant.

*Stephen H. Little* for respondent.

Judgment affirmed, with costs, no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.